UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH LAWRENCE KRAMIS, | ) | Case No. CV 14-1467 MWF(JC) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of Habeas Corpus ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that the Petition is denied and this action is dismissed without prejudice because the Court lacks jurisdiction to consider it in light of the fact that petitioner is not "in custody."

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on any counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: April 30, 2014  _____

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE