1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAWRENCE KRAMIS, | ) Case No. CV 14-1467 MWF(JC) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for a Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED: April 30, 2014

_____
HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

2